**Dismissed and Opinion Filed March 5, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-01074-CV**

**AMBER NOLEN, Appellant**
**V.**
**RAFAEL CARDOSO AND ROBERTO CARDOSO, Appellees**

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 23C-161**

## MEMORANDUM OPINION

Before Justices Molberg, Pedersen, III, and Goldstein
Opinion by Justice Molberg

Appellant's brief in this case is overdue. By postcard dated February 1, 2024, we informed appellant her brief was overdue and directed her to file her brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed her brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


                                          /Ken Molberg/
231074f.p05                               KEN MOLBERG
                                          JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

AMBER NOLEN, Appellant

No. 05-23-01074-CV  V.

RAFAEL CARDOSO AND
ROBERTO CARDOSO, Appellees

On Appeal from the County Court At
Law No. 1, Kaufman County, Texas
Trial Court Cause No. 23C-161.
Opinion delivered by Justice
Molberg. Justices Pedersen, III and
Goldstein participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered this 5th day of March, 2024.